**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 546 EAL 2015

       Respondent      :

           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court

      v.         :

JAMES BROWN,         :

       Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.